MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ANN MARIE URSINI (CABN 269131)
Special Assistant United States Attorney
   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5037
   Facsimile: (408) 535-5066
   annmarie.ursini@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-339-EJD |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER VACATING HEARING SET May 21, 2012 IN LIGHT OF NEW HEARING DATE OF June 4, 2012. |
| v. | |
| JOSE PEREZ, | |
| Defendant. | |

     The Parties, JOSE PEREZ and the United States, acting through respective counsel, hereby stipulate, subject to the Court's approval, that the status hearing for the above captioned matter currently set for May 21, 2012 be vacated.

     In a hearing before Magistrate Judge Grewal this morning, the parties set a date for defendant's first appearance in district court, on June 4, 2012. Time was excluded for purposes of the Speedy Trial Act, 18 U.S.C. §3161, until June 4, 2012. The parties had previously set a date for the initial appearance in district court to be held May 21, 2012; however, given government's counsel's out of state travel next week and time needed to assemble, disclose and review discovery, the parties set a hearing date later than the one initially established.

//

1
2
3   DATED: May 18, 2012                    MELINDA HAAG
                                           United States Attorney
4
5                                          ___/s/_____
                                           ANN MARIE E. URSINI
6                                          Special Assistant United States Attorney
7
8                                          ___/s/_____
                                           HUGH A. LEVINE
9                                          Attorney for Defendant
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the hearing in this matter previously set for May 21, 2012 is vacated.

IT IS SO ORDERED.

DATED:   5/21/2012

_____
THE HONORABLE EDWARD J. DAVILA
United States District Judge