UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>    v.<br>JOSE PEREZ,<br>          Defendant. | Case No. 5:12-cr-00339 EJD<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR CORRECTION OF CLERICAL ERROR**<br><br>Re: Dkt. No. 32 |

On December 7, 2012, Defendant Jose Perez ("Defendant") pled guilty pursuant to a written plea agreement to one count of distributing methamphetamine in a school zone in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii), and 860. Defendant was thereafter sentenced to a prison term of 120 months and 8 years of supervised release. Judgment was entered accordingly on March 6, 2013.

Defendant now seeks correction of the 120-month sentence pursuant to Federal Rule of Criminal Procedure 36. See Docket Item No. 32. Specifically, Defendant believes the Judgment failed to give him credit for 90 days of pre-sentencing incarceration due to a clerical error. Having reviewed this matter, however, the court does not concur that the judgment contains a clerical error such that relief under Rule 36 is appropriate. Indeed, the court is unable to find anywhere in the record where Defendant was given specific credit for any time served. Moreover, it is the Attorney General, through the Bureau of Prisons ("BOP"), who computes the amount of credit

1

Case No.: 5:12-cr-00339 EJD
ORDER DENYING DEFENDANT'S MOTION FOR CORRECTION OF CLERICAL ERROR

due, if any, after taking custody of the sentenced federal offender.  United States v. Wilson, 503 U.S. 329, 333 (1992).  District courts do not have either jurisdiction or authority to order BOP to provide credit for time served.  Id.

Thus, Defendant's motion is DENIED.

**IT IS SO ORDERED.**

Dated:  December 10, 2014



EDWARD J. DAVILA
United States District Judge